1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                       **DISTRICT OF NEVADA**
8
RONALD WAYNE BEALL,                    )
9                                      )
             Petitioner,               )        3: 10-cv-00569-RCJ-RAM
10                                     )
vs.                                    )
11                                     )        **ORDER**
RENO POLICE DEPARTMENT,                )
12                                     )
             Respondent.               )
13   _____/

14          This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state

15   prisoner, is proceeding *pro se*.  Petitioner has not submitted his petition on the form required by the

16   Local Rules of this court.  He has also failed to submit either a motion for leave to proceed *in forma*

17   *pauperis* or payment of the $5.00 filing fee.  Petitioner shall be sent a motion for leave to proceed *in*

18   *forma pauperis* form, should he wish to apply for pauper status, and alternatively given an

19   opportunity to pay the requisite filing fee.

20          **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a form for a

21   § 2254 petition and the instructions therefor.  Petitioner is granted **thirty** days from the date of entry

22   of this order within which to file a first amended petition using the form.  Petitioner's failure to do so

23   will result in the dismissal of this action.

24          **IT IS FURTHER ORDERED** that the Clerk shall send to petition motion for leave

25   to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have **thirty days** from

26   the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*.

Alternatively, petitioner shall have **thirty  days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee.  Failure to do so will  result in the dismissal of this action.

DATED this 19th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE