NOV 30 2010

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE BEALL, | |
| Petitioner, | 3: 10-cv-00569-RCJ-RAM |
| vs. | **ORDER** |
| RENO POLICE DEPARTMENT, | |
| Respondent. | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On October 19, 2010, the court entered an order in this case, granting petitioner thirty days to file a first amended petition, and providing him the appropriate form on which to do so. (Docket #4.) Petitioner was expressly cautioned that his failure to do so would result in the dismissal of this action. *Id*.

On November 10, 2010, petitioner filed a document entitled, "To Establish Grounds of Statutory Construction of Actual Innocence While In Confinement." (Docket #6.) No such pleading exists under the Federal Rules of Civil Procedure or in habeas corpus practice. Accordingly, petitioner's document filed November 10, 2010, is **HEREBY STRICKEN** and shall not be

considered by the court for any purpose.

Also on November 10, 2010, the court received a $5.00 payment from petitioner. (Docket #5.) Petitioner has already paid the $5.00 filing fee for this action. (Docket #1.) Accordingly, the Clerk is **HEREBY DIRECTED** to return the duplicate filing fee to petitioner.

Petitioner's first amended petition remains due on November 21, 2010, as per the court's order of October 19, 2010. (Docket #4.)

DATED this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE