```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JAN 2 1 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WAYNE BEALL, | |
| Petitioner, | 3: 10-cv-00569-RCJ-RAM |
| vs. | **ORDER** |
| RENO POLICE DEPARTMENT, | |
| Respondent. | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On January 4, 2011, petitioner filed a document entitled "Motion to Amend Complaint." (Docket 13.) In this document, petitioner seeks to file an amended petition to add an additional party. This case is currently on appeal to the United States Court of Appeal for the Ninth Circuit pursuant to petitioner's notice of appeal filed December 9, 2010. Accordingly, petitioner may not amend his petition at this time. Petitioner's motion is therefore **DENIED without prejudice.**

On January 4, 2011, petitioner filed a motion for an order compelling discovery. (Docket #14.) No respondent has yet been served in this action, and no respondent will be served until

1  petitioner's appeal is resolved.  Petitioner's motion is therefore **DENIED without prejudice** as
2  premature.
3        On January 5, 2010, petitioner filed a motion to amend his petition. (Docket #16.)  As stated
4  above, petitioner may not properly amend his petition while his case is on appeal.  Accordingly,
5  petitioner's motion is **DENIED without prejudice.**
6        On January 6, 2011, the court received a $5.00 fee in this case. (Docket #17.)  The Clerk
7  shall direct this payment to petitioner's filing fee in his appeal.

9  DATED this 20th day of January, 2011.

12  UNITED STATES DISTRICT JUDGE