UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD WAYNE BEALL, | ) | |
| Petitioner, | ) | 3:10-cv-00569-RCJ-WGC |
| vs. | ) | |
| RENO POLICE DEPARTMENT, | ) | **ORDER** |
| Respondent. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has filed a motion that appears to request that the court consider the merits of his petition because he has paid the filing fee. (ECF No. 26.) However, the court dismissed the petition in this action and entered judgment in December 2011 because the petition is successive. (ECF Nos. 24, 25.) Accordingly, because this case is closed, petitioner's motion must be denied.

**IT IS THEREFORE ORDERED** that petitioner's motion for order (ECF No. 26) is **DENIED**.

DATED this 3rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE